IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:26-cr-16-MEO |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: |
| | ) | 18 U.S.C. § 922(g)(1) |
| MONTEZ TRAMON GADDY | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | |
| _____ | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Felon)*

Between on or about June 16, 2025 and on or about June 17, 2025, in Mecklenburg and Iredell Counties, within the Western District of North Carolina, and elsewhere, the defendant,

**MONTEZ TRAMON GADDY**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Smith & Wesson, Model M&P Shield, .45 caliber, pistol, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
*(Possession with Intent to Distribute a Controlled Substance)*

On or about June 17, 2025, in Iredell County, within the Western District of North Carolina, and elsewhere, the defendant,

**MONTEZ TRAMON GADDY**

did knowingly and intentionally possess with the intent to distribute a controlled substance, which violation involved: (i) a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and (ii) five (5) grams or more of a mixture and substance containing a detectable amount of actual methamphetamine, a Schedule II controlled substance.

**Quantity of Fentanyl Involved**

It is further alleged that, with respect to the fentanyl alleged in Count Two, the defendant possessed less than 40 grams of fentanyl. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) is applicable.

### Quantity of Actual Methamphetamine Involved

It is further alleged that, with respect to the actual methamphetamine alleged in Count Two, the defendant possessed more than 5 grams of actual methamphetamine. Therefore, Title 21, United States Code, Section 841(b)(1)(B) is applicable.

All in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT THREE
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about June 17, 2025, in Iredell County, within the Western District of North Carolina, and elsewhere, the defendant,

**MONTEZ TRAMON GADDY**

did knowingly possess one or more firearms, that is, a Smith & Wesson, Model M&P Shield, .45 caliber, pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count Two of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

  a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

  b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

  c. All firearms or ammunition involved or used in such violations; and

  d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant(s) to the extent of the value of the property described in (a), (b), and

(c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: one Smith & Wesson, Model M&P Shield, .45 caliber, pistol, serial number JAZ5473; and ammunition seized during the investigation.

A TRUE BILL

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
ROBERT J. GLEASON
ASSISTANT UNITED STATES ATTORNEY